## AFFIDAVIT OF SERVICE

| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | Civil Case No.: 13 CV 5701<br>Date Filed: 8/14/13 |

-----------------------------------------------------X

JACKIE TIDWELL,

          Petitioner,

- against -

ZHEJIANG JIANDI TRADING
& INDUSTRIAL CO., LTD.,

          Respondents,

and

TV PRODUCTS USA, INC.,
WALMART STORES, INC.,
and BIG LOTS STORES, INC.,

          Garnishees.

-----------------------------------------------------X

Attorney: **Anderson Kill & Olick, P.C.**
Attorneys for Petitioners
1251 Avenue of the Americas
42nd Floor
New York, New York 10020
212-278-1000

STATE OF NEW YORK, COUNTY OF NASSAU; SS:

The undersigned being duly sworn, deposes and says:

I, **Corey Guskin**, am not a party to this action, I am over 18 years of age, and I reside in the County of Nassau, in the State of New York.

That on Monday, August 19, 2013, at 1:03 P.M. deponent **served** the within Civil Cover Sheet, **Notice of Petition, Verified Petition** for Special Proceeding and Turnover of Judgment Debtor's Property Including Property Held by Garnishee and Affirmation in Support of Verified Petition for Special Proceeding and Turnover of Judgment Debtor's Property Including Property Held by Garnishees.

Upon:     **Walmart Stores, Inc.**
Located at:     c/o CT Corporation System, 111 8th Avenue, 13th Floor, New York, New York 10011-5201

**Registered Agent Service:** by delivering the **Notice of Petition and Verified Petition** within the state to the registered agent for service of the corporation to be served as designated under CPLR rule 318 to **Mara Velasco** – Customer Service Coordinator, personally at CT Corporation System. Mara Velasco said she is authorized to receive service of process for Walmart Stores, Inc..

Mara Velasco's Description: Hispanic, Light Brown Skin, Female, Black Hair, 36 Years Old, 5'7", 155 Lbs. and Glasses

                              Corey Guskin
                              License # 1094475

Sworn to before me this 19th day of August, 2013

Notary Public

**JOAN GUSKIN**
Notary Public, State of New York
No. 01GU6230103
Qualified in Nassau County
Commission Expires November 01, 2014