## AFFIDAVIT OF SERVICE

| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | **Civil Case No.: 13 CV 5701**<br>Date Filed: 8/14/13 |

-------------------------------------------------------X

**JACKIE TIDWELL,**

                    Petitioner,

- against -

**ZHEJIANG JIANDI TRADING**
**& INDUSTRIAL CO., LTD.,**

                    Respondents,

and

**TV PRODUCTS USA, INC.,**
**WALMART STORES, INC.,**
**and BIG LOTS STORES, INC.,**

                    Garnishees.

-------------------------------------------------------X

Attorney: **Anderson Kill & Olick, P.C.**
Attorneys for Petitioners
1251 Avenue of the Americas
42nd Floor
New York, New York 10020
212-278-1000

STATE OF NEW YORK, COUNTY OF NASSAU; SS:

The undersigned being duly sworn, deposes and says:

I, **Corey Guskin**, am not a party to this action, I am over 18 years of age, and I reside in the County of Nassau, in the State of New York.

That on Friday, August 16, 2013, at 4:15 P.M. deponent **served** the within Civil Cover Sheet, **Notice of Petition, Verified Petition** for Special Proceeding and Turnover of Judgment Debtor's Property Including Property Held by Garnishee and Affirmation in Support of Verified Petition for Special Proceeding and Turnover of Judgment Debtor's Property Including Property Held by Garnishees.

Upon:       **TV Products USA, Inc.**       (212) 268 - 4448 ext. 33
Located at:   347 Fifth Avenue, Suite 1100, New York, New York 10016

**Corporate Service:**

A corporation, by delivering there at a true copy of the aforesaid documents to **TV Products USA, Inc.** personally, deponent knew said corporation so served to be the corporation described in said Notice of Petition and Verified Petition and knew said individual to be **Deej Ratnani** – Senior Sales Manager, thereof and he stated that he was authorized to accept service of process for TV Products USA, Inc.

Deej Ratnani's Description: Indian, Brown Skin, Male, Black Hair, 30 Years Old, 5' 9" and 165 Lbs.

                                                                 **Corey Guskin**  *[signature]*

                                                                 License # 1094475

Sworn to before me this 19th day of August, 2013

*[signature]*

Notary Public

**JOAN GUSKIN**
Notary Public, State of New York
No. 01GU6230103
Qualified in Nassau County
Commission Expires November 01, 2014