UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JACKIE TIDWELL,                    Plaintiff/Petitioner,

    -against-

ZHEJIANG JIANDI TRADING & INDUSTRIAL
CO., LTD.,
                           Defendant/Respondent,
and

TV PRODUCTS USA, INC., WALMART STORES, INC.,
BIG LOTS STORES, INC.
                           Garnishees.

**AFFIDAVIT OF SERVICE**
Index No. 13-cv-5701

---

STATE OF NEW YORK
COUNTY OF ALBANY     SS:

Denise L. Dooley, being duly sworn says:  Deponent is over the age of eighteen, is not party to the action and is a resident of New York State, that:  Deponent served the following specific papers in the above entitled action: Civil Cover Sheet, Notice Of Petition, Verified Petition For Special Proceeding And Turnover Of Judgment Debtor's Property, Including Property Held By Garnishee And Affirmation In Support Of Verified Petition For Special Proceeding And Turnover Of Judgment Debtor's Property, Including Property Held By Garnishees.  The party which was served was **BIG LOTS STORES, INC., by serving CORPORATION SERVICE COMPANY on their behalf.**

That on the 16th day of August 2013 at approx. 11:00 a.m., at the office of Corporation Service Company at 80 State Street, 10th Floor, Albany, New York, one copy of the aforesaid papers was served by personally delivering to and leaving with Maureen Cogan, Operation Specialist  and known to me to be empowered to receive such service on behalf of Corporation Service Company.

Maureen Cogan is a white female, approx 53 years of age, 5'4" tall, 180 lbs., brown hair and wears glasses.

_____
Denise L. Dooley

Sworn to before me
this 16th day of August 2013.

_____
FRANK J. PANUCCI
Notary Public, State of New York
Qualified in Albany County
No. 4721156
Commission Expires July 31, 2014