Jason S. Oliver
**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, New York 10111
Tel: (212) 589-4200
Fax: (212) 589-4201
Email: joliver@bakerlaw.com
*Attorneys for Big Lots Stores, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JACKIE TIDWELL,<br>Plaintiff/Petitioner,<br><br>vs.<br><br>ZHEJIANG JIANDI TRADING &<br>INDUSTRIAL .<br>CO., LTD.,<br>Defendant/Respondent,<br><br>and<br><br>TV PRODUCTS USA, INC., WALMART<br>STORES, INC., BIG LOTS STORES, INC.,<br>Garnishees. | *Document Filed Electronically*<br><br>CIVIL ACTION NO. 3:13-cv-5701<br><br>**BIG LOTS STORES INC.'S CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, the undersigned, as attorneys for alleged garnishee Big Lots Stores, Inc., state that Big Lots Inc. is the only publicly held corporation that owns 10% or more of Big Lots Stores, Inc. stock.

Dated: September 6, 2013

Respectfully submitted,

**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, New York 10111
Tel: (212) 589-4200
Fax: (212) 589-4201
Email: joliver@bakerlaw.com

By: <u>s/ Jason S. Oliver</u>
      Jason S. Oliver
*Attorneys for Big Lots Stores, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 6, 2013 a true and correct copy of the foregoing was transmitted electronically to the Electronic Filing System of the United States District Court for the Southern District of New York, which is believed to have sent notice of such filing, constituting service of the filed document, on all Filing Users, all of whom are believed to have consented to electronic service.

Executed on September 6, 2013, at New York, New York.

s/ Jason S. Oliver<br>
Jason S. Oliver