Jason S. Oliver
**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, New York 10111
Tel: (212) 589-4200
Fax: (212) 589-4201
Email: joliver@bakerlaw.com
*Attorneys for TV Products USA, Inc.*

| | |
|---|---|
| UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK | |
| JACKIE TIDWELL, Plaintiff/Petitioner, | *Document Filed Electronically* |
| vs. ZHEJIANG JIANDI TRADING & INDUSTRIAL . CO., LTD., Defendant/Respondent, and TV PRODUCTS USA, INC., WALMART STORES, INC., BIG LOTS STORES, INC., Garnishees. | CIVIL ACTION NO. 3:13-cv-5701  **TV PRODUCTS USA, INC.'S CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, the undersigned, as attorneys for alleged garnishee TV Products USA, Inc. state that there is no publicly held corporation that owns 10% or more of TV Products USA, Inc. stock.

Dated: September 10, 2013

Respectfully submitted,

**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, New York 10111
Tel: (212) 589-4200
Fax: (212) 589-4201
Email: joliver@bakerlaw.com

By: s/ Jason S. Oliver
    Jason S. Oliver
*Attorneys for TV Products USA, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 10, 2013 a true and correct copy of the foregoing was transmitted electronically to the Electronic Filing System of the United States District Court for the Southern District of New York, which is believed to have sent notice of such filing, constituting service of the filed document, on all Filing Users, all of whom are believed to have consented to electronic service.

Executed on September 6, 2013, at New York, New York.

s/ Jason S. Oliver<br>Jason S. Oliver