UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

JACKIE TIDWELL,

    Plaintiff/Petitioner,

vs.

ZHEJIANG JIANDI TRADING & INDUSTRIAL
CO., LTD.,
    Defendant/Respondent,

and

TV PRODUCTS USA, INC., WALMART STORES, INC.,
BIG LOTS STORES, INC.
    Garnishees.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/10/13

13-CV-5701 (AKH)

CLERK'S CERTIFICATE

I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that:

1. This action was commenced on August 14, 2013 with the filing of a summons and verified petition.

2. The civil cover sheet, summons, verified petition, affirmation in support thereof and notice of motion were personally served on Garnishee Wal-Mart Stores Inc. by serving its registered agent C/T Corporation on August 19, 2013, and proof of such service thereof filed on August 23, 2013.

1

3. I further certify that the docket entries indicate that the Garnishee Wal-Mart Stores Inc. has not filed an answer or otherwise moved with respect to the verified petition herein. The default of the Garnishee Wal-Mart Stores Inc. is hereby noted.

Dated: New York, New York

October 10, 2013

RUBY J. KRAJICK
Clerk of the Court

By: *Jennifer Noble*
　　　Deputy Clerk