DAVID GRAFF (DG7011)
SHVETA KAKAR (SK0311)
RACHAEL KIERYCH (RK1339)
ANDERSON KILL P.C.
1251 Avenue of the Americas
New York, New York 10020
dgraff@andersonkill.com
skakar@andersonkill.com
rkierych@andersonkill.com

*Attorneys for Plaintiff/Petitioner Jackie Tidwell*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JACKIE TIDWELL,<br><br>Plaintiff/Petitioner,<br><br>vs.<br><br>ZHEJIANG JIANDI TRADING & INDUSTRIAL CO., LTD.,<br><br>Defendant/Respondent,<br><br>and<br><br>TV PRODUCTS USA, INC., WALMART STORES, INC., BIG LOTS STORES, INC.<br><br>Garnishees. | **NOTICE OF MOTION**<br><br>Index No.: 13-cv-5701 (AKH) |

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law dated October 10, 2013, the annexed Declaration of David Graff, dated October 10, 2013 together with the exhibits annexed thereto and made a part thereof, petitioner Jackie Tidwell, by its attorneys, Anderson Kill P.C., shall move the United States District Court for the Southern District of New York, at the United States Courthouse, 500 Pearl Street, New York, New York, at a time and date to be set by the Court, pursuant to Rule 55 of the Federal Rules of Civil Procedure to enter a default judgment against Wal-Mart Stores,

{10860136:1}
nydocs1-1020711.1

Inc., and for such other, further or different relief as this Court deems just proper and equitable.

Dated: New York, New York
October 10, 2013

        **ANDERSON KILL & OLICK, P.C.**

By: _____
    David Graff, Esq.
    Shveta Kakar, Esq.
    Rachael Kierych, Esq.
1251 Avenue of the Americas
New York, New York 10020
(212) 278-1000
dgraff@andersonkill.com
skakar@andersonkill.com
rkierych@andersonkill.com
*Attorneys for Petitioner*

**To:**

**Zhejiang Jiandi Trading & Industrial Co. Ltd.**
Shihou Industrial Zone
Yongkang,
Zhejiang China (mainland) 321306

**WalMart Stores Inc.**
c/o CT Corporation System
111 Eighth Avenue
New York, New York 10011

**To:**

**TV Products USA Inc.**
230 Fifth Avenue, Suite 605
New York, New York 10001

**Big Lots Stores Inc.**
c/o Corporation Service Company,
80 State Street
Albany, New York 12207

{10860136:1}        2

nydocs1-1020711.1