DAVID GRAFF (DG7011)
SHVETA KAKAR (SK0311)
RACHAEL KIERYCH (RK1339)
ANDERSON KILL P.C.
1251 Avenue of the Americas
New York, New York 10020
dgraff@andersonkill.com
skakar@andersonkill.com
rkierych@andersonkill.com

*Attorneys for Petitioner/Petitioner Jackie Tidwell*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JACKIE TIDWELL,<br><br>      Petitioner/Petitioner,<br><br>  vs.<br><br>ZHEJIANG JIANDI TRADING & INDUSTRIAL CO., LTD.,<br><br>      Respondent/Respondent,<br><br>and<br><br>TV PRODUCTS USA, INC., WALMART STORES, INC., BIG LOTS STORES, INC.<br><br>      Garnishees. | Case No.  13-cv-5701(AKH)<br><br><br>**AFFIDAVIT OF SERVICE** |

Vanessa Negron, being duly sworn, deposes and says:

      1.    I am not a party to this action, I am over eighteen years of age and am employed by Anderson Kill P.C., located at 1251 Avenue of the Americas, New York, New York 10020.

1

       2.     On October 14, 2013, I served true copies of the **NOTICE OF MOTION; MEMORANDUM OF LAW IN SUPPORT OF PETITIONER'S MOTION FOR DEFAULT JUDGMENT AGAINST WALMART STORES, INC.;** and **DECLARATION IN SUPPORT OF PETITIONER'S MOTION FOR DEFAULT JUDGMENT AGAINST WALMART STORES, INC.** upon the following recipient via First Class Certified Mail Return Receipt Requested:

> Walmart Stores, Inc.
> c/o CT Corporation System
> 111 8th Avenue, 13th Floor
> New York, New York  10011-5201

Dated: New York, NY
      October 14, 2013

Vanessa Negron

Sworn to before me on this
14th day of October, 2013

Kathleen M. O'Neill
Notary Public

KATHLEEN M. O'NEILL
Notary Public, State of New York
No. 01ON-4687093
Qualified in Nassau County
Certificate Filed in New York County
Commission Expires September 30, 2017