USDC SDNY
DOCUMENT
ELECTRONICALLY
DOC #:
DATE FILED: 10/21/13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JACKIE TIDWELL,
Plaintiff/Petitioner,

vs.

ZHEJIANG JIANDI TRADING &
INDUSTRIAL .
CO., LTD.,
Defendant/Respondent,

and

TV PRODUCTS USA, INC., WALMART
STORES, INC., BIG LOTS STORES, INC.,
Garnishees.

CASE NO. 3:13-cv-5701

ORDER FOR ADMISSION
*PRO HAC VICE*

The motion of JOHN M. MUELLER, for admission to practice Pro Hac Vice in the above captioned action is granted.

John M. Mueller has declared that he is a member in good standing of the Bar of the Supreme Court of Ohio; and that his contact information is as follows:

| | |
|---|---|
| Applicant's Name: | John M. Mueller |
| Firm Name: | Baker & Hostetler LLP |
| Address: | 312 Walnut Street, Suite 3200 |
| City/State/Zip: | Cincinnati, OH 45202-4074 |
| Phone Number: | (513) 929.3400 |
| Fax Number: | (513) 929.0303 |
| E-Mail: | jmueller@bakerlaw.com |

John M. Mueller having requested admission Pro Hac Vice to appear for all purposes as counsel for Garnishee Big Lots Stores, Inc. in the above entitled action;

IT IS HEREBY ORDERED that John M. Mueller is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: 10/17/2013

Honorable ~~Kevin P. Castel~~ ALVIN K. HELLERSTEIN
United States District Judge