UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JACKIE TIDWELL,

                Plaintiff/Petitioner,        Case No.   13-cv-5701 (AKH)

-vs-                                              (Filed Electronically on
                                                        October 29, 2013)

ZHEJIANG JIANDI TRADING & INDUSTRIAL
CO., LTD.,

                Defendant/Respondent,

and

TV PRODUCTS USA, INC., WALMART STORES,
INC., BIG LOT STORES, INC.,

                Garnishees.

---

### APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

      I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Wal-Mart Stores, Inc.

Date:   October 29, 2013

                                              T. Andrew Brown, Esq.
                                              Bar Number: TB7261
                                              925 Crossroads Building
                                              Two State Street
                                              Rochester, New York 14614
                                              abrown@brownhutchinson.com
                                              Phone Number: (585) 454-5050
                                              Fax Number:  (585) 454-5066