

RECEIVED
NOV 26 2013
CHAMBERS OF
ALVIN K. HELLERSTEIN
U S D.J.

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC #:**
**DATE FILED:** 11/27/13

**BROWN & HUTCHINSON**
ATTORNEYS AND COUNSELORS AT LAW
925 CROSSROADS BUILDING
TWO STATE STREET
ROCHESTER, NEW YORK 14614

TELEPHONE (585) 454-5050
FAX (585) 454-5066

T. ANDREW BROWN
MICHELLE A. HUTCHINSON*
LOUISE BOILLAT
KIMBERLY J. CAMPBELL
MICHAEL COBBS
TIFFANY L. D'ANGELO
R. ANDREW FEINBERG
GEORGE F. HILDEBRANDT***
ALINA NADIR
BREANNE S. SKIVINGTON
KAREN BAILEY TURNER
RONIT ZUSMAN**

* ALSO ADMITTED IN ILLINOIS
** ALSO ADMITTED IN OREGON
*** OF COUNSEL

*Personal appearance by the att'y in charge is required for all conferences with the court. 11-27-13* [signature]

November 26, 2013

*Via Facsimile [212-805-7942]*

Honorable Alvin K. Hellerstein
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1050
New York, New York 10007

**Re:** **Tidwell v. Zhejiang Jiandi Trading & Industrial Co., Ltd., et al.**
**Case No. 13-cv-5701 (AKH)**

Dear Judge Hellerstein:

As you may recall, the Court has scheduled a conference to discuss settlement in the above-referenced matter for 10:00 a.m. on December 6, 2013. On or about October 31, 2013, plaintiff's attorney indicated that they would provide information to my office to help identify if my client, Wal-Mart Stores, Inc., has any business dealing with Zhejians Jiandi Traders & Industrial Co., Ltd., the entity which plaintiff has a default judgment against. This information is required because Wal-Mart's search of its records has not uncovered a match for Zhejians Jiandi Traders & Industrial Co., Ltd. Although we had hoped to resolve Wal-Mart's stake in the garnishment case with plaintiff, we are unable to without the requested information. Therefore, we now intend to oppose plaintiff's Motion for a Default Judgment and request an enlargement of time to serve an Answer.

Case 1:13-cv-05701-AKH   Document 20   Filed 11/27/13   Page 2 of 2

I still believe the December 6, 2013 conference will be beneficial. However, I respectfully request that the attorneys be allowed to appear by telephone. My offices are located in Rochester, New York and some of the co-defendants' attorneys are located in Ohio. The cost and time to personally appear would be better spent in attempting to resolve this matter.

Please advise if appearing by telephone is acceptable.

Very truly yours,

T. Andrew Brown

TAB/md

cc:    David Graff, Esq. (via facsimile only [212-278-1733])
       Rachael Ann Kierych, Esq. (via facsimile only [212-278-1733])
       Shveta Kakar, Esq. (via facsimile only [212-326-2061])
       John M. Mueller, Esq. (via facsimile only [513-381-0205])
       Jason S. Oliver, Esq. (via email only [joliver@bakerlaw.com])