UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JACKIE TIDWELL,                                     CIVIL ACTION NO. 1:13-cv-05701

          Plaintiff/Petitioner,

-vs-

ZHEJIANG JIANDI TRADING & INDUSTRIAL
CO., LTD.,
          Defendant/Respondent,

and

TV PRODUCTS USA, INC., WALMART STORES,
INC., BIG LOT STORES, INC.,

          Garnishees.

---

### TABLE OF CONTENTS FOR NOTICE OF PAPERS IN OPPOSITION AND CROSS-MOTION

---

BROWN & HUTCHINSON
T. Andrew Brown, Esq.
Attorneys for Garnishee
Wal-Mart Stores, Inc.
Two State Street
925 Crossroads Building
Rochester, New York 14614
Tel: (585) 454-5050
Fax: (585) 454-5066
Email: abrown@brownhutchinson.com

### TABLE OF CONTENTS

                                                                                           Tab No.

NOTICE OF MOTION ................................................................. 1

AFFIRMATION OF T. ANDREW BROWN, ESQ.
DATED NOVEMBER 3, 2013 ............................................................ 2

    -   Exhibit A referenced at paragraph 16 [Proposed Answer]

AFFIDAVIT OF BRIAN HENNELLY SWORN TO
NOVEMBER 3, 2013 ................................................................................ 3

- Exhibit B referenced at paragraph 7
  [Letter of T. Andrew Brown, Esq., dated October 29, 2013]

# TAB 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JACKIE TIDWELL,

               Plaintiff/Petitioner,

-vs-

ZHEJIANG JIANDI TRADING & INDUSTRIAL CO., LTD.,

               Defendant/Respondent,

and

TV PRODUCTS USA, INC., WALMART STORES, INC., BIG LOT STORES, INC.,

               Garnishees.

NOTICE OF WAL-MART STORES, INC.'S PAPERS IN OPPOSITION TO DEFAULT PETITIONER'S MOTION FOR JUDGMENT AND IN SUPPORT OF WAL-MART STORES, INC.'S CROSS-MOTION TO VACATE THE ENTRY OF DEFAULT ENTERED IN THE SDNY'S CLERK'S OFFICE

CIVIL ACTION NO. 1:13-cv-05701

---

| | |
|---|---|
| **SUBMITTED BY:** | Brown & Hutchinson<br>T. Andrew Brown, Esq.<br>Attorneys for Garnishee<br>Wal-Mart Stores, Inc. |
| **DATE, TIME & PLACE OF HEARING:** | Time and Date to be set by Court<br>United States District Courthouse<br>500 Pearl Street<br>New York, New York |
| **SUPPORTING PAPERS:** | Affirmation of T. Andrew Brown, Esq. dated December 3, 2013, with attached exhibit, Affidavit of Brian Hennelly, Sworn to December 3, 2013 and Memorandum of Law dated December 3, 2013. |
| **RELIEF DEMANDED:** | An Order denying Petitioner's Motion for a Default Judgment Pursuant to FRCP Rule 55 and in support of Wal-Mart Store, Inc.'s Cross-Motion to Vacate the Entry of Default entered in the Southern District of New York's Clerk's office pursuant to FRCP Rule 55(c). |

**NATURE OF ACTION:**     Turnover Proceeding.

Dated: December 3, 2013
       Rochester, New York

                                          **BROWN & HUTCHINSON**

                                          S/ _____
                                          T. Andrew Brown, Esq.
                                          abrown@brownhutchinson.com
                                          Attorneys for Garnishee
                                          Wal-Mart Stores, Inc.
                                          925 Crossroads Building, Two State Street
                                          Rochester, New York 14614
                                          (585) 454-5050

To:    David Graff, Esq.
         Anderson Kill P.C.
         1251 Avenue of the Americas
         New York, NY 10020
         Tel: 212 278-1000

         Shveta Kakar, Esq.
         O'Melveny & Myers LLP
         7 Times Square
         New York, NY 10036
         Tel: 212 326-2000

         Rachael Ann Kierych, Esq.
         Anderson Kill P.C.
         1251 Avenue of the Americas
         New York, NY 10020
         Tel: 212 278-1000

John Michael Mueller, Esq.
Taft Stettinius & Hollister LLP
425 Walnut Street, Suite 1800
Cincinnati, OH 45202
Tel:  513 381-2838

Jason S. Oliver, Esq.
Baker & Hostetler LLP
45 Rockefeller Plaza
New York City, NY 10111
Tel: 212 589-4649