UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

JACKIE TIDWELL,

                Plaintiff/Petitioner,

-vs-

NOTICE OF WAL-MART STORES, INC.'S CROSS-MOTION TO VACATE THE ENTRY OF DEFAULT ENTERED IN THE SDNY'S CLERK'S OFFICE

ZHEJIANG JIANDI TRADING & INDUSTRIAL CO., LTD.,

CIVIL ACTION NO. 1:13-cv-05701

                Defendant/Respondent,
and

TV PRODUCTS USA, INC., WALMART STORES, INC., BIG LOT STORES, INC.,

                Garnishees.
_____

| | |
|---|---|
| **SUBMITTED BY:** | Brown & Hutchinson<br>T. Andrew Brown, Esq.<br>Attorneys for Garnishee<br>Wal-Mart Stores, Inc. |
| **DATE, TIME & PLACE OF HEARING:** | Time and Date to be set by Court<br>United States District Courthouse<br>500 Pearl Street<br>New York, New York |
| **SUPPORTING PAPERS:** | Affirmation of T. Andrew Brown, Esq. dated December 5, 2013, with attached exhibit, Affidavit of Brian Hennelly, Sworn to December 3, 2013 and Memorandum of Law dated December 5, 2013. |
| **RELIEF DEMANDED:** | An Order granting Wal-Mart Store, Inc.'s Cross-Motion to Vacate the Entry of Default entered in the Southern District of New York's Clerk's office pursuant to FRCP Rule 55(c). |

**NATURE OF ACTION:**  Turnover Proceeding.

Dated: December 5, 2013
       Rochester, New York

                                        **BROWN & HUTCHINSON**

                                        S/_____
                                        T. Andrew Brown, Esq.
                                        abrown@brownhutchinson.com
                                        Attorneys for Garnishee
                                        Wal-Mart Stores, Inc.
                                        925 Crossroads Building, Two State Street
                                        Rochester, New York 14614
                                        (585) 454-5050

To:    David Graff, Esq.
       Anderson Kill P.C.
       1251 Avenue of the Americas
       New York, NY 10020
       Tel: 212 278-1000

       Shveta Kakar, Esq.
       O'Melveny & Myers LLP
       7 Times Square
       New York, NY 10036
       Tel: 212 326-2000

       Rachael Ann Kierych, Esq.
       Anderson Kill P.C.
       1251 Avenue of the Americas
       New York, NY 10020
       Tel: 212 278-1000

John Michael Mueller, Esq.
Taft Stettinius & Hollister LLP
425 Walnut Street, Suite 1800
Cincinnati, OH 45202
Tel: 513 381-2838

Jason S. Oliver, Esq.
Baker & Hostetler LLP
45 Rockefeller Plaza
New York City, NY 10111
Tel: 212 589-4649