# BROWN & HUTCHINSON
ATTORNEYS AND COUNSELORS AT LAW
925 CROSSROADS BUILDING
TWO STATE STREET
ROCHESTER, NEW YORK 14614



T. ANDREW BROWN
MICHELLE A. HUTCHINSON*
LOUISE BOILLAT
KIMBERLY J. CAMPBELL
MICHAEL COBBS
TIFFANY L. D'ANGELO
R. ANDREW FEINBERG
GEORGE F. HILDEBRANDT***
ALINA NADIR
BREANNE S. SKIVINGTON
KAREN BAILEY TURNER
RONIT ZUSMAN**

TELEPHONE (585) 454-5050
FAX (585) 454-5066

\*    ALSO ADMITTED IN ILLINOIS
\*\*   ALSO ADMITTED IN OREGON
\*\*\*  OF COUNSEL

December 4, 2013

**VIA FEDERAL EXPRESS**
**Tracking No.: 8027 2090 2231**
Honorable Alvin K. Hellerstein
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1050
New York, New York 10007

[Handwritten note from Judge: Counsel for the parties will meet with me at conference, Dec. 13, 2013, 10 a.m., to discuss the issues presented by Wal-Mart's papers, and further proceedings. 12-5-13 /s/ AKH]

RE:  Tidwell v. Zhejiang Jiandi Trading & Industrial Co., Ltd., et al
     Case No. 13-cv-5701

Dear Judge Hellerstein:

As you may recall, this office represents Wal-Mart Stores, Inc. ("Wal-Mart") in the above-referenced action. I am enclosing a courtesy copy of the following documents which were E-Filed in response to Petitioner's Motion for Default Judgment:

1. Notice of Cross-Motion;
2. Attorney Affirmation in Opposition to Petitioner's Motion for Default Judgment and in Support of Wal-Mart Stores, Inc.'s Cross-Motion to Vacate the Entry of Default; and
3. Memorandum of Law in Opposition to Petitioner's Motion for Default Judgment and in Support of Wal-Mart Stores, Inc.'s Cross-Motion to Vacate the Default Entered.

Thank you for your courtesy and cooperation.

Very truly yours,

T. Andrew Brown

TAB/md
Enclosures

cc: David Graff, Esq. (via facsimile only [212-278-1733])
    Rachael Ann Kierych, Esq. (via facsimile only [212-278-1733])
    Shveta Kakar, Esq. (via facsimile only [212-326-2061])
    John M. Mueller, Esq. (via facsimile only [513-381-0205])
    Jason S. Oliver, Esq. (via email only [joliver@bakerlaw.com])