UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JACKIE TIDWELL,

        Plaintiff/Petitioner,

-vs-

ZHEJIANG JIANDI TRADING & INDUSTRIAL CO., LTD.,

        Defendant/Respondent,

and

TV PRODUCTS USA, INC., WALMART STORES, INC., BIG LOT STORES, INC.,

        Garnishees.

AFFIDAVIT OF SERVICE

CIVIL ACTION NO. 1:13-cv-05701

---

    I hereby certify that on December 6, 2013, my office electronically filed the following documents, with respect to the above-captioned matter, with the Clerk of the Southern District Court using the CM/ECF system:

1. Notice of Wal-Mart Stores, Inc.'s Cross-Motion to Vacate the Default Entered in the SDNY's Clerk's Office;

2. Memorandum of Law in Support of Wal-Mart Stores, Inc.'s Cross-Motion to Vacate the Default Entered in the SDNY's Clerk's Office;

3. T. Andrew Brown's Attorney Affirmation in support of Wal-Mart Stores, Inc.'s Cross-Motion to Vacate Entry of Default Judgment Entered in the SDNY's Clerk's Office; and

4. Affidavit of Brian Hennelly along with attached letter of T. Andrew Brown to David Graff, Esq.

1

I also certify that all of the CM/ECF participants listed below were electronically notified of this action through the automatically generated emails from the Southern District Court CM/ECF system:

David Graff, Esq.
Anderson Kill P.C.
1251 Avenue of the Americas
New York, NY 10020
Tel: 212 278-1000

Shveta Kakar, Esq.
O'Melveny & Myers LLP
7 Times Square
New York, NY 10036
Tel: 212 326-2000

Rachael Ann Kierych, Esq.
Anderson Kill P.C.
1251 Avenue of the Americas
New York, NY 10020
Tel: 212 278-1000

John Michael Mueller, Esq.
Taft Stettinius & Hollister LLP
425 Walnut Street, Suite 1800
Cincinnati, OH 45202
Tel:  513 381-2838

Jason S. Oliver, Esq.
Baker & Hostetler LLP
45 Rockefeller Plaza
New York City, NY 10111
Tel: 212 589-4649

Dated: December 6, 2013
      Rochester, New York

BROWN & HUTCHINSON

S/_____
T. Andrew Brown, Esq.
abrown@brownhutchinson.com
Attorneys for Garnishee
Wal-Mart Stores, Inc.
Two State Street
925 Crossroads Building
Rochester, New York 14614
(585) 454-5050