UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JACKIE TIDWELL,<br>Plaintiff/Petitioner,<br><br>vs.<br><br>ZHEJIANG JIANDI TRADING & INDUSTRIAL .<br>CO., LTD.,<br>Defendant/Respondent,<br><br>and<br><br>TV PRODUCTS USA, INC., WALMART STORES, INC., BIG LOTS STORES, INC.,<br>Garnishees. | CIVIL ACTION NO. 3:13-cv-5701<br><br>**STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. Civ. R. 41(a)(1)(A)(ii), Petitioner Jackie Tidwell and proposed Garnishees Big Lots Stores, Inc. hereby stipulate to the dismissal of this action without prejudice.

Respectfully submitted,

/s/ David Graff
David Graff
**Anderson Kill, P.C.**
1251 Avenue of the Americas
New York, NY 10020
Tel: (212) 278-1000
Fax: (212) 278-1733
Email: dgraff@andersonkill.com

/s/John M. Mueller
John M. Mueller (*pro hac vice*)
**BAKER & HOSTETLER LLP**
312 Walnut Street, Suite 3200
Cincinnati, OH 45044
Tel: (513) 929-3413
Fax: (212) 537-9385
Email jmueller@bakerlaw.com

Jason S. Oliver
**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, New York 10111
Tel: (212) 589-4200
Fax: (212) 589-4201
Email: joliver@bakerlaw.com

*Attorneys for Big Lots Stores, Inc.*

**DONE AND ORDERED** on this _____ day of December, 2013.

_____
**ALVIN K. HELLERTSEIN**
UNITED STATES DISTRICT JUDGE

2

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on December 11, 2013 a true and correct copy of the foregoing was transmitted electronically to the Electronic Filing System of the United States District Court for the Southern District of New York, which is believed to have sent notice of such filing, constituting service of the filed document, on all Filing Users, all of whom are believed to have consented to electronic service.

Executed on December 11, 2013.

/s/ John M. Mueller
John M. Mueller
