UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JACKIE TIDWELL,
Plaintiff/Petitioner,

vs.

ZHEJIANG JIANDI TRADING &
INDUSTRIAL .
CO., LTD.,
Defendant/Respondent,

and

TV PRODUCTS USA, INC., WALMART
STORES, INC., BIG LOTS STORES, INC.,
Garnishees.

CIVIL ACTION NO. 3:13-cv-5701

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. Civ. R. 41(a)(1)(A)(ii), Petitioner Jackie Tidwell and garnishee WalMart Stores, Inc., hereby stipulate to the dismissal of this action without prejudice.

<table>
<tr><td>

_David Graff_
**Anderson Kill, P.C.**
1251 Avenue of the Americas
New York, NY 10020
Tel: (212) 278-1000
Fax: (212) 278-1733
Email: dgraff@andersonkill.com
*Attorneys for Petitioner*

</td><td>

Respectfully submitted,

Andrew Brown, Esq.
**Brown Hutchinson LLP**
925 Crossroads Bldg.
Rochester, New York 14614
Tel: (585) 454-5050
Fax: (585) 454-5066
abrown@brownhutchinson.com
*Attorneys for WalMart Stores, Inc.*

</td></tr>
</table>

**DONE AND ORDERED** on this _____ day of December, 2013.

**ALVIN K. HELLERTSEIN**
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on December 11, 2013 a true and correct copy of the foregoing was transmitted electronically to the Electronic Filing System of the United States District Court for the Southern District of New York, which is believed to have sent notice of such filing, constituting service of the filed document, on all Filing Users, all of whom are believed to have consented to electronic service.

Executed on December 11, 2013.

/s/ Rachael K.
Rachael Kierych