# ANDERSON KILL P.C.

Attorneys and Counselors at Law

1251 AVENUE OF THE AMERICAS■ NEW YORK, NY 10020
TELEPHONE: 212-278-1000 ■ FAX: 212-278-1733
www.andersonkill.com

David Graff, Esq.
Dgraff@andersonkill.com
212-278-1333

December 11, 2013

**Via Hand Delivery**

Honorable Alvin K. Hellerstein
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: **Tidwell v. Zhejiang Jiandi Trading & Industrial Co., Ltd. et al (SDNY No. 13-CV-5701)**

Dear Judge Hellerstein:

On or about December 11, 2013, petitioner Jackie Tidwell ("Petitioner") dismissed the above referenced action, without prejudice, against garnishees Big Lots Stores Inc., TV Products USA Inc. and WalMart Stores, Inc. ("Garnishees"). Accordingly, as the action has been discontinued, it is respectfully submitted that the settlement conference scheduled for December 13, 2013 be cancelled.

Respectfully submitted,
**Anderson Kill P.C.**

/s/ David Graff
David Graff, Esq.

Cc: *Via Email*
Brown Hutchinson, LLP (Attorneys for WalMart Stores Inc.)
Baker Hostetler (Attorneys for TV Products USA Inc. and Big Lots Stores Inc.).