Hellerstein a

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/12/13
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JACKIE TIDWELL,
Plaintiff/Petitioner,

vs.

ZHEJIANG JIANDI TRADING &
INDUSTRIAL .
CO., LTD.,
Defendant/Respondent,

and

TV PRODUCTS USA, INC., WALMART
STORES, INC., BIG LOTS STORES, INC.,
Garnishees.

CIVIL ACTION NO. 3:13-cv-5701

**STIPULATION OF DISMISSAL
WITHOUT PREJUDICE**

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. Civ. R. 41(a)(1)(A)(ii), Petitioner Jackie Tidwell and garnishee WalMart Stores, Inc., hereby stipulate to the dismissal of this action without prejudice.

nydocs1-1024197.1

Case 1:13-cv-05701-AKH   Document 39   Filed 12/11/13   Page 2 of 3

|  | Respectfully submitted, |
|---|---|
| _____ | _____ |
| David Graff | Andrew Brown, Esq. |
| **Anderson Kill, P.C.** | **Brown Hutchinson LLP** |
| 1251 Avenue of the Americas | 925 Crossroads Bldg. |
| New York, NY 10020 | Rochester, New York 14614 |
| Tel: (212) 278-1000 | Tel: (585) 454-5050 |
| Fax: (212) 278-1733 | Fax: (585) 454-5066 |
| Email: dgraff@andersonkill.com | abrown@brownhutchinson.com |
| *Attorneys for Petitioner* | *Attorneys for WalMart Stores, Inc.* |

**DONE AND ORDERED** on this 12th day of December, 2013.

_____
ALVIN K. HELLERSTEIN
UNITED STATES DISTRICT JUDGE

2

nydocs1-1024197.1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on December 11, 2013 a true and correct copy of the foregoing was transmitted electronically to the Electronic Filing System of the United States District Court for the Southern District of New York, which is believed to have sent notice of such filing, constituting service of the filed document, on all Filing Users, all of whom are believed to have consented to electronic service.

Executed on December 11, 2013.

s/ Rachael K.
Rachael Kierych