A suggestion of settlement having been made, this
case is dismissed, subject to restoration by either party
within 30 days on notice. All pending court dates are
cancelled. The Clerk is directed to close the case.

Dbt f !2;24.dw 16812.BL I !!!Epdvn f ou

# ANDERSON KILL P.C.

Alvin K. Hellerstein, U.S.D.J.

Date: 12/12/13

1251 AVENUE OF THE AMERICAS■ NEW YORK, NY 1
TELEPHONE: 212-278-1000 ■ FAX: 212-278-1733
www.andersonkill.com

RECEIVED
DEC 12 2013
CHAMBERS OF
ALVIN K. HELLERSTEIN
U.S D.J.

dgraff@andersonkill.com
212-278-1333

December 11, 2013

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/12/13

**Via Hand Delivery**

Honorable Alvin K. Hellerstein
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:  **Tidwell v. Zhejiang Jiandi Trading & Industrial Co., Ltd. et al
(SDNY No. 13-CV-5701)**

Dear Judge Hellerstein:

On or about December 11, 2013, petitioner Jackie Tidwell ("Petitioner")
dismissed the above referenced action, without prejudice, against garnishees Big Lots
Stores Inc., TV Products USA Inc. and WalMart Stores, Inc. ("Garnishees").
Accordingly, as the action has been discontinued, it is respectfully submitted that the
settlement conference scheduled for December 13, 2013 be cancelled.

Respectfully submitted,
**Anderson Kill P.C.**

/s/ David Graff
David Graff, Esq.

Cc:  *Via Email*
Brown Hutchinson, LLP (Attorneys for WalMart Stores Inc.)
Baker Hostetler (Attorneys for TV Products USA Inc. and Big Lots Stores Inc.).